# 638 DECISIONS IN CASES NOT REPORTED.

## FOURTH DEPARTMENT, JANUARY TERM, 1889.

Charles E. Lee, Respondent, v. John P. Laughlin, Appellant, Impleaded with Patrick Bird and James Bird. — Order reversed, with ten dollars costs and printing disbursements. Verdict and judgment set aside, with ten dollars costs, and new trial granted. Opinion *Per Curiam*, filed with clerk of Onondaga county. Kennedy, J., not sitting.

The Ithaca Agricultural Works, Appellant, v. Judah Eggleston and Alden B. Eggleston, Respondents.— Order of reference affirmed, but order of confirmation reversed and leave granted to the appellant to issue an execution against Judah Eggleston, with ten dollars costs and disbursements in County Court, and with costs of this appeal against Alden B. Eggleston. Opinion by Kennedy, J.

Abijah S. Wakeman, Respondent, v. Jacob Wilbur and Sylvia A. Wilbur, Appellant. — Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Kennedy, J.

Percival Maricle, Respondent, v. Law S. Brooks, Appellant.—Judgment and order affirmed, with costs. Opinion by Kennedy, J., Martin, J., not sitting.

Josiah D. Payne, as Executor, etc., Appellant, v. Elizabeth H. Freer, Individually and as Executrix, etc., Respondent. — Judgment affirmed, with costs to be paid out of the estate of plaintiff's testator. Opinion by Martin, J.

The City of Elmira, Appellant, v. The Maple Avenue Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Kennedy, J.

Walter Hunt, Respondent, v. Frederick Walch, Appellant.—Judgment and order affirmed, with costs. Opinion by Follett, P. J., Kennedy, J., not sitting.

Jacob P. Youker, Respondent, v. Mary L. Treadwell, Appellant. — Judgment affirmed, with costs. Opinion by Martin, J.

Ruez R. Mackey and Rebecca Osterhout, as Administrators of Elihu G. Osterhout, Respondents, v. William H. Couse, Appellant. — Judgment reversed and new trial granted, with costs to abide the event. Opinion *Per Curiam* filed with the clerk of Onondaga county.

Llewllyn N. Crigler and Robert L. Crigler, Appellant, v. Ezra M. Bedell, Respondent, Impleaded with Fay L. Gates and Libbie S. Gates.—Judgment affirmed, with costs. Opinion by Martin, J.

Louis Bajus, Appellant, v. The Syracuse, Binghamton and New York Railroad Company, Respondent.— Judgment and order affirmed, with costs. Opinion by Follett, P. J.; Kennedy, J., not sitting.

Timothy Slattery, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Kennedy, J.

Joseph E. West, as Administrator, etc., Respondent, v. George A. Reynolds and others, Appellants.— Judgment affirmed, with costs against the appellants personally, on opinion of Kennedy, J., at Special Term. Kennedy, J., not sitting.

James McCarthy, Appellant, v. Bradley S. Teale, Respondent.— Judgment affirmed, with costs. Opinion *Per Curiam* filed with the clerk of Onondaga county.

Jay Anthony, Respondent, v. Joseph Leeret and Hannah Blaisdell, Appellants. — Judgment and order reversed on the exceptions, and a new trial granted, with costs to abide the event. Opinion by Martin J.

Stephen Murphy, Respondent, v. Orson H. Brown, James H. McCarthy and William McCarthy, Appellants.—Judgment and order affirmed, with costs. Opinion *Per Curiam* filed with the clerk of Onondaga county.

In the Matter of the Revocation of the Probate of the Last Will and Testament and Codicil thereto of Valentine Liddington, Deceased.

Charles D. Nixon, Appellant, v. Frederick Liddington, Valentine Liddington, Mary A. Ganoung and Phoebe Payne, Respondents.— Decree affirmed, with costs of this appeal against the appellants personally. Opinion by Martin, J.

Mark Shepp, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Kennedy, J.

Michael Mosner, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant.— Judgment reversed on the exceptions and a new trial granted, costs to abide the event. Opinion by Follett, P. J.

Catharine T. Carpenter, Appellant, v. Ellen C. Cornings, Respondent.

Same v. Albert C. Carpenter and others, Respondent.— Judgment reversed on the exceptions. New trial granted, costs to abide the event. Opinion by Kennedy, J.

Albert O. Briggs, Respondent, v. Eli D. Austin, Appellant, Impleaded, etc.--Judgment affirmed, with costs, but with leave to withdraw demurrer and answer in twenty days after notice of entry of judgment, and payment of costs included in interlocutory judgment and costs of this appeal. Opinion *Per Curiam* filed with the clerk of Onondaga county.

John R. Washburn, as Superintendent of the Poor of Jefferson County, Respondent, v. Daniel B. Woodcock and James B. Blodgett, as Overseers of the Poor of the Town of Fowler, Appellants.—Judgment reversed and complaint dismissed, with costs against the plaintiff. Opinion *Per Curiam* filed with the clerk of Onondaga county.

## FIRST DEPARTMENT, JANUARY TERM, 1889.

**Decisions handed down January 9, 1889.**

Stephen M. Chester, Respondent, v. Francis H. Jumel and others, Appellants. — Motion to strike printed copies of appeal case from files of court granted.

Same v. Same. — Motion to resettle the case dismissed.

In the Matter of the Metropolitan Elevated Railway Company. — Motion denied.

Samuel B. Barker v. George P. Platt. — Motion granted unless appeal be argued at February Term.

Jean A. Tanziede v. Margaret J. Smith.—Motion granted unless appellant stipulate that this appeal abide the result of appeal in Chester v. Jumel.

Julius J. Frank v. Edward A. Davis. — Motion denied.

Moses Sahlein v. Anthony M. Dimock. — Motion granted.

**Decisions handed down January 28, 1889**

Randolph Guggenheimer, Respondent, v. Edward Sayre, Appellant, Impleaded, etc. — Order